# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BRITE SMART CORP., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:14-CV-0760 |
| GOOGLE INC. | § § § | |
| Defendant. | § § § § § § | |

### UNOPPOSED MOTION TO WITHDRAW MOTION FOR EXPEDITED BRIEFING SCHEDULE ON GOOGLE'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD IN SUPPORT OF GOOGLE INC.'S MOTION TO TRANSFER

The relief sought by Google's Motion for Expedited Briefing (Dkt. 84) is now moot.

Google therefore files this Unopposed Motion to Withdraw its Motion for Expedited Briefing.

DATED: May 27, 2015                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ David A. Perlson*
     David A. Perlson
Michael E. Jones, SNB: 10929400    Michelle A. Clark
POTTER MINTON LLP                  Quinn Emanuel Urquhart & Sullivan, LLP
110 N College Avenue, Suite 500    50 California Street, 22nd Floor
Tyler, TX 75702                    San Francisco, CA 94111
903-597-8311
mikejones@potterminton.com         davidperlson@quinnemanuel.com
                                   michelleclark@quinnemanuel.com

*Attorneys for Google Inc.*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 27, 2015.

/s/ *Jeff Nardinelli*
Jeff Nardinelli