# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |  |
|---|---|---|
| **BRITE SMART CORP.** | | |
| **Plaintiff,** | | **Case No. 2:14-CV-0760** |
| **v.** | | |
| | | **JURY TRIAL DEMANDED** |
| **GOOGLE INC.** | | |
| **Defendant.** | | |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a request of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of the Court, which shall be on or before July 27, 2015.  The proceeding occurred on June 30, 2015 and was reported by Tonya Jackson, the court reporter.

July 13, 2015                                                     Respectfully submitted by:

Michael E. Jones, SNB: 10929400            */s/ Michelle Clark_____*
POTTER MINTON LLP                              Michelle A. Clark
110 N College Avenue, Suite 500              David A. Perlson
Tyler, TX 75702                                       Quinn Emanuel Urquhart & Sullivan, LLP
903-597-8311                                          50 California Street, 22nd Floor
  mikejones@potterminton.com               San Francisco, CA 94111
                                                             michelleclark@quinnemanuel.com
                                                             davidperlson@quinnemanuel.com

                                                         *Attorneys for Defendant Google Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 13, 2015.


*/s/ Miles Freeman*
Miles Freeman