IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP., | § |
| *Plaintiff*, | § |
| v. | § Case No. 2:14-cv-00760-JRG-RSP |
| GOOGLE INC., | § |
| *Defendant*. | § |

## ORDER

All deadlines in this case are hereby stayed pending the resolution of Google's Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404(a) (Dkt. No 18).

**SIGNED this 16th day of July, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE