# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 14-cv-00760 |
| | ) |
| GOOGLE INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING-IN-PART JOINT MOTION TO STAY PENDING TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA

Before the Court is Defendant Google Inc.'s and Plaintiff Brite Smart Corp.'s Joint Motion to Stay Pending Transfer to the Northern District of California. Upon consideration of the Motion, the Court **GRANTS-IN-PART** the Motion. It is hereby **ORDERED** that the stay of all deadlines shall remain in place as to all deadlines pending the transfer of the case to the Northern District of California and the setting of a new case schedule in the Northern District. This stay does not apply to the Court's Order to Pay Technical Advisor (Dkt. No. 153).

**SIGNED this 10th day of August, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE