**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **BRITE SMART CORP.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civ. Action No. 2:14-cv-760-JRG-RSP** |
| | § | |
| **GOOGLE INC.** | § | |
| | § | **JURY DEMANDED** |
| *Defendant.* | § | |
| | § | |

**UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF AND REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

In light of the Court's recent order transferring the above-styled and numbered case to the Northern District of California (Dkt. 154), Plaintiff Brite Smart Corp. ("Plaintiff"), respectfully requests that Stafford Davis, Plaintiff's local counsel of record in this matter, be permitted to withdraw as counsel for Plaintiff in the above-styled and numbered case, and further requests that the clerk of Court remove his name from the list of persons authorized to receive electronic notices in this case pursuant to Local Rule CV-11(f).

Plaintiff continues to be represented by Robert D. Katz of the law firm KATZ PLLC, and all deadlines in this case are currently stayed pending transfer to the Northern District of California (Dkt. 156). Consequently, this motion to withdraw as counsel will not delay or prejudice this proceeding.

Counsel for Plaintiff has conferred with counsel for Defendant Google, Inc. on this issue and Defendant Google, Inc. does not oppose such relief.

Dated:  August 11, 2015           Respectfully submitted,

/s/*Stafford Davis*
Stafford Davis
Texas Bar No. 24054605
**THE STAFFORD DAVIS FIRM, PC**
305 South Broadway
Suite 406
Tyler, TX 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

Robert D. Katz
Lead Counsel
Texas Bar No. 24057936
**KATZ PLLC**
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
(214) 865-8000
rkatz@katzlawpllc.com

**ATTORNEYS FOR PLAINTIFF
BRITE SMART CORP.**

## CERTIFICATE OF CONFERENCE

On August 10-11, 2015, and in compliance with L.R. CV-7(h), I conferred with counsel for Defendant, David Perlson, who indicated that Defendant is not opposed to this motion.

/s/ Stafford Davis_____

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on the date above.

/s/ *Stafford Davis*
Stafford Davis