# U.S. District Court [LIVE]
# Eastern District of TEXAS (Marshall)
# CIVIL DOCKET FOR CASE #: 2:14–cv–00760–JRG–RSP

Brite Smart Corp. v. Google Inc.  
Assigned to: Judge Rodney Gilstrap  
Referred to: Magistrate Judge Roy S. Payne  
Cause: 28:1338 Patent Infringement  

Date Filed: 07/10/2014  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Mediator**

**David Folsom**     represented by     **David Folsom**  
Jackson Walker, LLP  
6002–B Summerfield Drive  
Texarkana, TX 75503  
Email: dfolsom@jw.com  
PRO SE  

**Technical Advisor**

**Don Tiller**     represented by     **Donald Edward Tiller**  
D. Tiller Law PLLC  
1525 Merrimac Circle  
Suite 210  
Fort Worth, TX 76107  
817–928–4361  
Fax: 817–928–4346  
Email: don.tiller@dtillerlawpllc.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brite Smart Corp.**     represented by     **Robert David Katz**  
Katz PLLC  
2908 Rosedale Avenue  
Dallas, TX 75205  
469–278–5999  
Fax: 888–231–5775  
Email: rkatz@katzlawpllc.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stafford Grigsby Helm Davis**  
The Stafford Davis Firm  
305 South Broadway Ave  
Ste 406  
Tyler, TX 75702  
903–593–7000  
Fax: 903–705–7369  
Email: sdavis@stafforddavisfirm.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google Inc.**     represented by   **A John P Mancini**
Mayer Brown LLP – New York
1675 Broadway
New York, NY 10019–5820
212/506–2500
Fax: 212/262–1910
Email: jmancini@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amr O Aly**
Mayer Brown LLP – New York
1675 Broadway
New York, NY 10019–5820
212–506–2304
Fax: 212–849–5788
Email: aaly@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Perlson**
Quinn Emanuel Urquhart &Sullivan LLP – San Francisco
50 California Street
22nd Floor
San Francisco, CA 94111
415/875–6600
Fax: 415/875–6700
Email: davidperlson@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Ann Clark**
Quinn Emanuel Urquhart &Sullivan LLP – San Francisco
50 California Street
22nd Floor
San Francisco, CA 94111
415/875–6600
Fax: 415/875–6700
Email: michelleclark@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Franklin Gardner**
Potter Minton, a Professional Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903/597–8311
Fax: 903–593–0846
Email: allengardner@potterminton.com

*ATTORNEY TO BE NOTICED*

**Ann Marie Duffy**
Mayer Brown, LLP – Washington
1999 K Street, NW
Washington, DC 20006–1101
202.263.3000
Fax: 202.263.3300
Email: aduffy@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Antonio Sistos**
Quinn Emanuel Urquhart &Sullivan LLP – San Francisco
50 California Street
22nd Floor
San Francisco, CA 94111
415/875–6600
Fax: 415/875–6700
Email: antoniosistos@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Lance Lin Yang**
Quinn Emanuel Urquhart &Sullivan, LLP – LA
865 S. Figueroa St
10th Floor
Los Angeles, CA 90017
213/443–3000
Fax: 213/443–3100
Email: lanceyang@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Michael E Jones**
Potter Minton, a Professional Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903–597–8311
Fax: 903–593–0846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Miles Davenport Freeman**
Quinn Emanuel Urquhart &Sullivan LLP – San Francisco
50 California Street
22nd Floor
San Francisco, CA 94111
415.875.6600
Fax: 415.875.6700
Email: milesfreeman@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Colbert Clutter , IV**

Potter Minton, a Professional Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903/597–8311
Email: patrickclutter@potterminton.com
*ATTORNEY TO BE NOTICED*

**Saqib Javaid Siddiqui**
Mayer Brown, LLP – Washington
1999 K Street, NW
Washington, DC 20006–1101
202.263.3167
Fax: 202.263.5367
Email: ssiddiqui@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**William O Cooper**
Quinn Emanuel Urquhart &Sullivan LLP – San Francisco
50 California Street
22nd Floor
San Francisco, CA 94111
415–875–6426
Fax: 415–875–6700
Email: willcooper@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2014 | Ï 1 | COMPLAINT *for Patent Infringement* against Google Inc. ( Filing fee $ 400 receipt number 0540–4739057.), filed by Brite Smart Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(Davis, Stafford) (Entered: 07/10/2014) |
| 07/10/2014 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Davis, Stafford) (Entered: 07/10/2014) |
| 07/10/2014 | Ï 3 | SUMMONS Issued as to Google Inc. (nkl, ) (Entered: 07/10/2014) |
| 07/10/2014 | Ï 4 | NOTICE of Attorney Appearance by Robert David Katz on behalf of Brite Smart Corp. (Katz, Robert) (Entered: 07/10/2014) |
| 07/10/2014 | Ï 5 | CORPORATE DISCLOSURE STATEMENT filed by Brite Smart Corp. (Katz, Robert) (Entered: 07/10/2014) |
| 07/10/2014 | Ï | Case assigned to Judge Rodney Gilstrap. (ch, ) (Entered: 07/10/2014) |
| 07/10/2014 | Ï 6 | ORDER REFERRING CASE to Magistrate Judge Roy S. Payne. Signed by Judge Rodney Gilstrap on 7/10/2014. (ch, ) (Entered: 07/10/2014) |
| 07/10/2014 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent* |

| | | |
|---|---|---|
| | | *to Proceed Before Magistrate Judge*. (ch, ) (Entered: 07/10/2014) |
| 07/16/2014 | Ï 7 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Google Inc..( Jones, Michael) (Entered: 07/16/2014) |
| 07/16/2014 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for Google Inc. to 9/3/2014. 30 Days Granted for Deadline Extension.( nkl, ) (Entered: 07/16/2014) |
| 07/22/2014 | Ï 8 | SUMMONS Returned Executed by Brite Smart Corp.. Google Inc. served on 7/14/2014. (ch, ) (Entered: 07/22/2014) |
| 08/29/2014 | Ï 9 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Google Inc.( Jones, Michael) (Entered: 08/29/2014) |
| 09/02/2014 | Ï | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for Google Inc. to 9/8/2014. 3 Days Granted for Deadline Extension.( nkl, ) (Entered: 09/02/2014) |
| 09/08/2014 | Ï 10 | ANSWER to 1 Complaint, *and Defenses* by Google Inc..(Jones, Michael) (Entered: 09/08/2014) |
| 09/08/2014 | Ï 11 | DEMAND for Trial by Jury by Google Inc.. (Jones, Michael) (Entered: 09/08/2014) |
| 09/08/2014 | Ï 12 | CORPORATE DISCLOSURE STATEMENT filed by Google Inc. identifying Corporate Parent None for Google Inc.. (Jones, Michael) (Entered: 09/08/2014) |
| 09/08/2014 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 09/08/2014) |
| 09/09/2014 | Ï 13 | NOTICE of Readiness for Scheduling Conference by Brite Smart Corp. (Davis, Stafford) (Entered: 09/09/2014) |
| 09/16/2014 | Ï 14 | NOTICE of Attorney Appearance by Amr O Aly on behalf of Google Inc. (Aly, Amr) (Entered: 09/16/2014) |
| 09/19/2014 | Ï 15 | NOTICE of Attorney Appearance by Patrick Colbert Clutter, IV on behalf of Google Inc. (Clutter, Patrick) (Entered: 09/19/2014) |
| 09/19/2014 | Ï 16 | NOTICE of Attorney Appearance by A John P Mancini on behalf of Google Inc. (Mancini, A) (Entered: 09/19/2014) |
| 10/15/2014 | Ï 17 | ORDER – ( Scheduling Conference set for 11/3/2014 10:00 AM before Judge the Honorable Rodney Gilstrap and the Honorable Roy Payne.). Signed by Magistrate Judge Roy S. Payne on 10/15/2014. (nkl, ) (Entered: 10/15/2014) |
| 10/24/2014 | Ï 18 | MOTION to Change Venue *to the Northern District of California Pursuant to 28 USC Sec. 1404(A) and Supporting Memorandum* by Google Inc.. (Attachments: # 1 Ex A – Decl of Abeer Dubey ISO mot to transfer [SIGNED] (711696266_1), # 2 Ex B – Decl of David Turner ISO mot to transfer [SIGNED] (711638962_1), # 3 Ex C – Tekell Declaration, # 4 Ex D – Decl of Joy Lee ISO mot to transfer [SIGNED] (711669323_1), # 5 Ex E – Tex. Sec. of St. Rpts, # 6 Ex F – Dkt. Rpts of S Davis, # 7 Ex G – Accurint Rpts. and LinkedIn Profilespdf, # 8 Ex H – SPCapital IP Co Profiles, # 9 Ex I – IAB Press Release, # 10 Ex J – PW Patent Litigation Study, # 11 Ex K – Time to Disposition, # 12 Text of Proposed Order)(Jones, Michael) (Entered: 10/24/2014) |

| | | |
|---|---|---|
| 10/28/2014 | Ï 19 | Opposed MOTION for Leave to File *Amended Complaint* by Brite Smart Corp.. (Katz, Robert) (Additional attachment(s) added on 10/28/2014: # 1 Text of Proposed Order) (nkl, ). (Entered: 10/28/2014) |
| 10/28/2014 | Ï 20 | **DEFICIENT DOCUMENT – FILED IN ERROR** <br><br> AMENDED COMPLAINT against Google Inc., filed by Brite Smart Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Katz, Robert) Modified on 10/28/2014 (nkl, ). (Entered: 10/28/2014) |
| 10/28/2014 | Ï 21 | AMENDED COMPLAINT against Google Inc., filed by Brite Smart Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Katz, Robert) (Entered: 10/28/2014) |
| 10/28/2014 | Ï 22 | **DEFICIENT DOCUMENT – FILED IN ERROR** <br><br> Additional Attachments to Main Document: 19 Opposed MOTION for Leave to File *Amended Complaint*.. (Katz, Robert) Modified on 10/28/2014 (nkl, ). (Entered: 10/28/2014) |
| 10/28/2014 | Ï | NOTICE of Deficiency regarding the Amended Complaint submitted document 20 does not contain a Certificate of Service. Correction should be made by one business day. (nkl, ) (Entered: 10/28/2014) |
| 10/28/2014 | Ï | NOTICE of Deficiency regarding the Additional Attachment to Main Document submitted document 22 a proposed order that should not be filed on the docket as a separate entry. Correction should be made by one business day. (nkl, ) (Entered: 10/28/2014) |
| 10/31/2014 | Ï 23 | NOTICE of Attorney Appearance by Allen Franklin Gardner on behalf of Google Inc. (Gardner, Allen) (Entered: 10/31/2014) |
| 11/03/2014 | Ï 24 | NOTICE by Brite Smart Corp. *of Compliance Regarding P.R. 3–1 and P.R. 3–2* (Katz, Robert) (Entered: 11/03/2014) |
| 11/03/2014 | Ï | Minute Entry for proceedings held before Judge Rodney Gilstrap: Scheduling Conference held on 11/3/14. Counsel for the parties appeared and were asked if they consented to a trial before Judge Payne. The Court then gave Markman and Jury Selection dates; deadlines for submitting Mediator names (3 days); and deadlines for submitting Agreed Scheduling and Discovery Orders (14 days). (Court Reporter Shelly Holmes, CSR–TCRR.)(jml) (Entered: 11/04/2014) |
| 11/05/2014 | Ï 25 | NOTICE of Designation of Mediator, Hon. David Folsom, filed by Brite Smart Corp.. (Katz, Robert) (Entered: 11/05/2014) |
| 11/06/2014 | Ï 26 | ORDER REFERRING CASE to Mediator. Hon. David Folsom is hereby appointed as mediator in the above referenced case. Signed by Magistrate Judge Roy S. Payne on 11/06/2014. (nkl, ) (Entered: 11/06/2014) |
| 11/10/2014 | Ï 27 | RESPONSE in Opposition re 18 MOTION to Change Venue *to the Northern District of California Pursuant to 28 USC Sec. 1404(A) and Supporting Memorandum filed by Brite Smart Corp.*. (Attachments: # 1 Exhibit A – Declaration of Patrick Zuili, # 2 Exhibit B – Declaration of Michael J. Collins, # 3 Exhibit C – Declaration of John R. Kasha, # 4 Exhibit D – Declaration of Dr. Gregory J. Gonsalves, # 5 Exhibit E – Declaration of Robert D. Katz, # 6 Exhibit F – Documents relating to other relevant click fraud litigation, # 7 Exhibit G – Documents containing website pages and witness location information from Tracers Information Specialists, # 8 Text of Proposed Order)(Katz, Robert) (Entered: 11/10/2014) |
| 11/12/2014 | Ï 28 | Joint MOTION for Entry of Docket Control Order by Brite Smart Corp.. (Attachments: # 1 Exhibit A – Proposed Docket Control Order)(Katz, Robert) (Entered: 11/12/2014) |

| | | |
|---|---|---|
| 11/17/2014 | Ï 29 | RESPONSE in Opposition re 19 Opposed MOTION for Leave to File *Amended Complaint filed by Google Inc.*. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 11/17/2014) |
| 11/17/2014 | Ï 30 | Joint MOTION for Entry of Discovery Order by Brite Smart Corp.. (Attachments: # 1 Text of Proposed Order Proposed Discovery Order)(Katz, Robert) (Entered: 11/17/2014) |
| 11/17/2014 | Ï 31 | Joint MOTION for Entry of E–Discovery Order by Brite Smart Corp.. (Attachments: # 1 Text of Proposed Order Proposed E–Discovery Order, # 2 Appendix Appendix 1 to Proposed E–Discovery Order)(Katz, Robert) (Entered: 11/17/2014) |
| 11/19/2014 | Ï 32 | REPLY to Response to Motion re 19 Opposed MOTION for Leave to File *Amended Complaint filed by Brite Smart Corp.*. (Attachments: # 1 Exhibit A – Declaration of Robert D. Katz, # 2 Exhibit B – Email thread regarding amendment of complaint, # 3 Exhibit C – Brite Smart's P.R. 3–1 &3–2 Disclosures, # 4 Exhibit D – Email transmittal of P.R. 3–1 &3–2 Disclosures, Infringement Contentions, and Appendices)(Katz, Robert) (Entered: 11/19/2014) |
| 11/20/2014 | Ï 33 | REPLY to Response to Motion re 18 MOTION to Change Venue *to the Northern District of California Pursuant to 28 USC Sec. 1404(A) and Supporting Memorandum filed by Google Inc.*. (Attachments: # 1 Lee Supplemental Declaration, # 2 Ex A – LinkedIn Profiles)(Jones, Michael) (Entered: 11/20/2014) |
| 11/21/2014 | Ï 34 | Joint MOTION for Extension of Time to File *Proposed Protective Order* by Brite Smart Corp., Google Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 11/21/2014) |
| 11/24/2014 | Ï 35 | DOCKET CONTROL ORDER re 28 Joint MOTION for Entry of Docket Control Order filed by Brite Smart Corp.., SCHEDULING ORDER:( Pretrial Conference set for 12/1/2015 09:00 AM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne., Amended Pleadings due by 4/14/2015., Joinder of Parties due by 11/10/2014., Jury Selection set for 1/11/2016 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap., Mediation Completion due by 7/28/2015., Markman Hearing set for 6/30/2015 09:00 AM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne., Motions in Limine due by 11/9/2015., Proposed Pretrial Order due by 11/23/2015.). Signed by Magistrate Judge Roy S. Payne on 11/24/2014. (nkl, ) (Entered: 11/24/2014) |
| 11/24/2014 | Ï 36 | DISCOVERY ORDER re 30 Joint MOTION for Entry of Discovery Order filed by Brite Smart Corp. Signed by Magistrate Judge Roy S. Payne on 11/24/2014. (nkl, ) (Entered: 11/24/2014) |
| 11/24/2014 | Ï 37 | E–DISCOVERY ORDER re 31 Joint MOTION for Entry of E–Discovery Order filed by Brite Smart Corp. Signed by Magistrate Judge Roy S. Payne on 11/24/2014. (nkl, ) (Entered: 11/24/2014) |
| 11/24/2014 | Ï 38 | ORDER granting 34 Motion for Extension of Time to File Proposed Protective Order. Signed by Magistrate Judge Roy S. Payne on 11/24/2014. (nkl, ) (Entered: 11/24/2014) |
| 11/24/2014 | Ï 39 | NOTICE of Discovery Disclosure by Google Inc. *regarding Compliance with Initial Disclosures* (Jones, Michael) (Entered: 11/24/2014) |
| 11/24/2014 | Ï 40 | NOTICE of Discovery Disclosure by Brite Smart Corp. *regarding Compliance with Initial Disclosures* (Katz, Robert) (Entered: 11/24/2014) |
| 11/26/2014 | Ï 41 | Joint MOTION for Entry of Agreed Protective Order by Brite Smart Corp., Google Inc.. (Attachments: # 1 Text of Proposed Order Protective Order)(Jones, Michael) (Entered: 11/26/2014) |
| 12/01/2014 | Ï 42 | SUR–REPLY to Reply to Response to Motion re 19 Opposed MOTION for Leave to File *Amended Complaint filed by Google Inc.*. (Jones, Michael) (Entered: 12/01/2014) |

| | | |
|---|---|---|
| 12/01/2014 | Ï 43 | SUR–REPLY to Reply to Response to Motion re 18 MOTION to Change Venue *to the Northern District of California Pursuant to 28 USC Sec. 1404(A) and Supporting Memorandum filed by Brite Smart Corp.*. (Katz, Robert) (Entered: 12/01/2014) |
| 12/02/2014 | Ï 44 | PROTECTIVE ORDER. Signed by Magistrate Judge Roy S. Payne on 12/02/2014. (nkl, ) (Entered: 12/02/2014) |
| 12/15/2014 | Ï 45 | NOTICE by Google Inc. *Notice of Subpoenas* (Attachments: # 1 Exhibit A–1, Ask.com Document Subpoena, # 2 Exhibit A–2, Ask.com Deposition Subpoena, # 3 Exhibit B–1, LookSmart Document Subpoena, # 4 Exhibit B–2, LookSmart Deposition Subpoena, # 5 Exhibit C–1, Yahoo Document Subpoena, # 6 Errata C–2, Yahoo Deposition Subpona, # 7 Exhibit D–1, Microsoft Document Subpoena, # 8 Exhibit D–2, Microsoft Deposition Subpoena, # 9 Exhibit E–1, TravelClick Document Subpoena, # 10 Exhibit E–2, TravelClick Deposition Subpoena, # 11 Exhibit F–1, Zinman Document Subpoena, # 12 Exhibit D–2, Zinman Deposition Subpoena, # 13 Exhibit G–1, Strober Document Subpoena, # 14 Exhibit G–2, Strober Deposition Subpoena, # 15 Exhibit H–1, Conru Document Subpoena, # 16 Exhibit H–2, Conru Deposition Subpoena, # 17 Exhibit I–1, NetGravity Document Subpoena, # 18 Exhibit I–2, NetGravity Deposition Subpoena)(Jones, Michael) (Entered: 12/15/2014) |
| 12/15/2014 | Ï 46 | Additional Attachments to Main Document: 45 Notice (Other),,,.. (Attachments: # 1 Exhibit J–1, Seligman Document Subpoena, # 2 Exhibit J–2, Seligman Deposition Subpoena, # 3 Exhibit K–1, AdForce Document Subpoena, # 4 Exhibit K–2, AdForce Deposition Subpoena, # 5 Exhibit L–1, Mathers Document Subpoena, # 6 Exhibit L–2, Mathers Deposition Subpoena, # 7 Exhibit M–1, eBayu Document Subpoena, # 8 Exhibit M–2 eBay Deposition Subpoena, # 9 Exhibit N–1, Business.com Media Document Subpoena, # 10 Exhibit N–2, Business.com Deposition Subpoena, # 11 Exhibit O–1, Amazon Document Subpoena, # 12 Exhibit O–2 Amazon Deposition Subpoena, # 13 Exhibit P–1, Expedia Document Subpoena, # 14 Exhibit P–2, Expedia Deposition Subpoena, # 15 Exhibit CJ Affiliate Document Subpoena, # 16 Exhibit Q–2, CJ Affiliate Deposition Subpoena, # 17 Exhibit R–1, Adknowledge Document Subpoena, # 18 Exhibit R–2, Adknowledge Deposition Subpoena, # 19 Exhibit S–1, Schultz Document Subpoena, # 20 Exhibit S–2, Schultz Deposition Subpoena)(Jones, Michael) (Entered: 12/15/2014) |
| 12/15/2014 | Ï 47 | NOTICE of Attorney Appearance – Pro Hac Vice by Ann Marie Duffy on behalf of Google Inc.. Filing fee $ 100, receipt number 0540–4968146. (Duffy, Ann) (Entered: 12/15/2014) |
| 12/16/2014 | Ï 48 | NOTICE of Attorney Appearance by Saqib Javaid Siddiqui on behalf of Google Inc. (Siddiqui, Saqib) (Entered: 12/16/2014) |
| 12/31/2014 | Ï 49 | NOTICE by Google Inc. re 45 Notice (Other),,, *Proof of Service – Adknowledge, Inc.* (Attachments: # 1 Exhibit A – Production Subpoena Return, # 2 Exhibit B – Deposition Subpoena Return)(Jones, Michael) (Entered: 12/31/2014) |
| 12/31/2014 | Ï 50 | NOTICE by Google Inc. re 45 Notice (Other),,, *Proof of Service – eBay Inc.* (Attachments: # 1 Exhibit A – Production Subpoena Return, # 2 Exhibit B – Deposition Subpoena Return)(Jones, Michael) (Entered: 12/31/2014) |
| 12/31/2014 | Ï 51 | NOTICE by Google Inc. re 45 Notice (Other),,, *Proof of Service – Expedia, Inc.* (Attachments: # 1 Exhibit A – Production Subpoena Return, # 2 Exhibit B – Deposition Subpoena Return)(Jones, Michael) (Entered: 12/31/2014) |
| 12/31/2014 | Ï 52 | NOTICE by Google Inc. re 45 Notice (Other),,, *Proof of Service – Microsoft Corp.* (Attachments: # 1 Exhibit A – Production Subpoena Return, # 2 Exhibit B – Deposition Subpoena Return)(Jones, Michael) (Entered: 12/31/2014) |
| 01/05/2015 | Ï 53 | NOTICE of Discovery Disclosure by Google Inc. *regarding Compliance with PR 3–3 and 3–4* (Jones, Michael) (Entered: 01/05/2015) |

| 01/07/2015 | Ï 54 | NOTICE by Google Inc. re 18 MOTION to Change Venue *to the Northern District of California Pursuant to 28 USC Sec. 1404(A) and Supporting Memorandum Request for Oral Hearing* (Jones, Michael) (Entered: 01/07/2015) |
|---|---|---|
| 01/14/2015 | Ï 55 | NOTICE by Google Inc. re 45 Notice (Other),,, *Proof of Service* (Attachments: # 1 Exhibit A – Ask.com, # 2 Exhibit B – LookSmart, # 3 Exhibit C – Yahoo, # 4 Exhibit D – TravelClick, # 5 Exhibit E – Zinman, # 6 Exhibit F – Strober, # 7 Exhibit G – Seilgma, # 8 Exhibit H – Business.com Media, # 9 Exhibit I – Amazon.com, # 10 Exhibit J – CJ Affiliate by Conversant, # 11 Exhibit K – Schulz)(Jones, Michael) (Entered: 01/14/2015) |
| 01/28/2015 | Ï 56 | NOTICE by Google Inc. *of Subpoenas* (Attachments: # 1 Gifford, Krass Doc Subpoena Signed, # 2 Possa Depo Subpoena Signed, # 3 Possa Doc Subpoena Signed)(Jones, Michael) (Entered: 01/28/2015) |
| 02/09/2015 | Ï 57 | MOTION to Compel *Answers to Interrogatories* by Brite Smart Corp.. (Attachments: # 1 Affidavit Katz Declaration, # 2 Exhibit A – 1st Set of Interrogatories, # 3 Exhibit B – 2nd Set of Interrogatories, # 4 Exhibit C – Response to 1st Set of Interrogatories, # 5 Exhibit D – Response to 2nd Set of Interrogatories, # 6 Exhibit E – Discovery Dispute Communications, # 7 Exhibit F – Performance Pricing v Google, # 8 Exhibit G – Beneficial Innovations v AOL, # 9 Exhibit H – Round Rock v Dell, # 10 Exhibit I – Personal Audio v Apple, # 11 Exhibit J – LaserDynamics v Asus, # 12 Text of Proposed Order Proposed Order)(Katz, Robert) (Entered: 02/09/2015) |
| 02/12/2015 | Ï 58 | NOTICE of Attorney Appearance by Michelle Ann Clark on behalf of Google Inc. (Clark, Michelle) (Entered: 02/12/2015) |
| 02/12/2015 | Ï 59 | NOTICE of Attorney Appearance by David A Perlson on behalf of Google Inc. (Perlson, David) (Entered: 02/12/2015) |
| 02/12/2015 | Ï 60 | NOTICE of Attorney Appearance by William O Cooper on behalf of Google Inc. (Cooper, William) (Entered: 02/12/2015) |
| 02/12/2015 | Ï 61 | NOTICE of Attorney Appearance by Antonio Sistos on behalf of Google Inc. (Sistos, Antonio) (Entered: 02/12/2015) |
| 02/12/2015 | Ï 62 | NOTICE of Attorney Appearance – Pro Hac Vice by Miles D Freeman on behalf of Google Inc.. Filing fee $ 100, receipt number 0540−5057363. (Freeman, Miles) (Entered: 02/12/2015) |
| 02/24/2015 | Ï 63 | NOTICE of Discovery Disclosure by Brite Smart Corp. *regarding Compliance with P.R. 4−1* (Katz, Robert) (Entered: 02/24/2015) |
| 02/24/2015 | Ï 64 | NOTICE of Discovery Disclosure by Google Inc. *Compliance with Patent Local Rule 4−1* (Sistos, Antonio) (Entered: 02/24/2015) |
| 02/26/2015 | Ï 65 | Unopposed MOTION for Extension of Time to File Response/Reply as to 57 MOTION to Compel *Answers to Interrogatories* by Google Inc.. (Perlson, David) (Additional attachment(s) added on 2/27/2015: # 1 Text of Proposed Order) (nkl, ). (Entered: 02/26/2015) |
| 03/03/2015 | Ï 66 | ORDER granting 65 Motion for Extension of Time to File Response re 57 MOTION to Compel *Answers to Interrogatories*. Responses due by 3/12/2015. Signed by Magistrate Judge Roy S. Payne on 03/02/2015. (nkl, ) (Entered: 03/03/2015) |
| 03/11/2015 | Ï 67 | NOTICE of Designation of Attorney in Charge to Michelle Ann Clark on behalf of Google Inc. (Clark, Michelle) (Entered: 03/11/2015) |
| 03/12/2015 | Ï 68 | SEALED RESPONSE to Motion re 57 MOTION to Compel *Answers to Interrogatories* filed by Google Inc.. (Attachments: # 1 Affidavit Clark Declaration, # 2 Text of Proposed Order [Proposed] Order, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 |

| | | |
|---|---|---|
| | | Exhibit 12, #15 Exhibit 13, #16 Exhibit 14, #17 Exhibit 15, #18 Exhibit 16, #19 Exhibit 17, #20 Exhibit 18, #21 Exhibit 19, #22 Exhibit 20, #23 Exhibit 21, #24 Exhibit 22, #25 Exhibit 23, #26 Exhibit 24, #27 Exhibit 25, #28 Exhibit 26, #29 Exhibit 27, #30 Exhibit 28, #31 Exhibit 29, #32 Exhibit 30, #33 Exhibit 31, #34 Exhibit 32, #35 Exhibit 33, #36 Exhibit 34, #37 Exhibit 35)(Clark, Michelle) (Entered: 03/12/2015) |
| 03/18/2015 | Ï 69 | NOTICE of Discovery Disclosure by Brite Smart Corp. *P.R. 4−2 Disclosures* (Katz, Robert) (Entered: 03/18/2015) |
| 03/23/2015 | Ï 70 | REPLY to Response to Motion re 57 MOTION to Compel *Answers to Interrogatories filed by Brite Smart Corp.*. (Attachments: #1 Affidavit Katz Declaration, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C, #5 Text of Proposed Order Amended Proposed Order)(Katz, Robert) (Entered: 03/23/2015) |
| 04/02/2015 | Ï 71 | SEALED REPLY to Response to Motion re 57 MOTION to Compel *Answers to Interrogatories* filed by Google Inc.. (Attachments: #1 Affidavit Declaration of Michelle Clark, #2 Exhibit Exhibit 1, #3 Exhibit Exhibit 2, #4 Exhibit Exhibit 3, #5 Exhibit Exhibit 4, #6 Exhibit Exhibit 5, #7 Exhibit Exhibit 6, #8 Exhibit Exhibit 7, #9 Exhibit Exhibit 8, #10 Exhibit Exhibit 9, #11 Exhibit Exhibit 10, #12 Exhibit Exhibit 11, #13 Exhibit Exhibit 12, #14 Exhibit Exhibit 13)(Clark, Michelle) (Entered: 04/02/2015) |
| 04/06/2015 | Ï 72 | Joint MOTION to Amend/Correct *Docket Control Order* by Brite Smart Corp.. (Attachments: #1 Text of Proposed Order Proposed Amended Docket Control Order)(Katz, Robert) (Entered: 04/06/2015) |
| 04/09/2015 | Ï 73 | NOTICE by Brite Smart Corp. re 19 Opposed MOTION for Leave to File *Amended Complaint −− Notice of Withdrawal of Motion* (Katz, Robert) (Entered: 04/09/2015) |
| 04/09/2015 | Ï 74 | AMENDED COMPLAINT −− *First Amended Complaint* against Google Inc., filed by Brite Smart Corp.. (Attachments: #1 Exhibit A − '104 patent, #2 Exhibit B − '667 patent, #3 Exhibit C − '763 patent, #4 Exhibit D − '057 patent)(Katz, Robert) (Entered: 04/09/2015) |
| 04/10/2015 | Ï 75 | Claim Construction and Prehearing Statement by Brite Smart Corp.. (Attachments: #1 Exhibit A − Brite Smart's Constructions and Evidence, #2 Exhibit B − Google's Constructions and Evidence)(Katz, Robert) (Entered: 04/10/2015) |
| 04/13/2015 | Ï 76 | Joint MOTION FOR ENTRY OF AN ORDER FOCUSING PATENT CLAIMS AND PRIOR ART TO REDUCE COSTS by Google Inc.. (Attachments: #1 Exhibit A)(Clark, Michelle) (Entered: 04/13/2015) |
| 04/14/2015 | Ï 77 | AMENDED ANSWER to 1 Complaint, by Google Inc.. (Perlson, David) (Entered: 04/14/2015) |
| 04/22/2015 | Ï 78 | SEALED MOTION *to Compel Discovery* by Google Inc.. (Attachments: #1 Affidavit Declaration of Michelle Clark, #2 Exhibit 1, #3 Exhibit 2, #4 Exhibit 3, #5 Exhibit 4, #6 Exhibit 5, #7 Exhibit 6, #8 Exhibit 7, #9 Exhibit 8, #10 Exhibit 9, #11 Exhibit 10, #12 Exhibit 11, #13 Text of Proposed Order [Proposed] Order)(Clark, Michelle) (Entered: 04/22/2015) |
| 04/27/2015 | Ï 79 | SEALED MOTION *to Dismiss* by Google Inc.. (Attachments: #1 Affidavit Perlson Declaration, #2 Exhibit 1, #3 Text of Proposed Order [Proposed] Order)(Perlson, David) (Entered: 04/27/2015) |
| 05/04/2015 | Ï 80 | SEALED MOTION *to Compel the Production of Source Code, Documents, Interrogatory Responses and De−Designation of Protected Materials* by Brite Smart Corp.. (Attachments: #1 Affidavit Katz Declaration, #2 Exhibit A − Brite Smart's PR3−1 and 3−2 Disclosures, #3 Exhibit B − Discovery Dispute Letters, #4 Exhibit C − Exemplary Infringement Contention Chart, #5 Exhibit D − Brite Smart's 1st 30(b)(6) Notice, #6 Exhibit E − Turner Transcript, #7 |

|  |  |  |
|---|---|---|
|  |  | Exhibit F – Matthews Transcript, # 8 Exhibit G – Brite Smart's 3rd Roggs to Google, # 9 Exhibit H – Google's Obj and Resps to Brite Smart's 3rd Rogs, # 10 Exhibit I – Brite Smart's 1st RFP to GoogleI – Personal Audio v Apple, # 11 Exhibit J – Brite Smart's 3rd RFP to Google, # 12 Exhibit K – Google's Resp to Brite Smart's 3rd RFPs, # 13 Exhibit L – Brite Smart's 4th RFP to Google, # 14 Exhibit M – Google's Resp to Brite Smart's 4th RFPs, # 15 Exhibit N – Mtn containing Rick Woods' requests to Google, # 16 Exhibit O – Surdulescu Transcript, # 17 Text of Proposed Order)(Katz, Robert) (Entered: 05/04/2015) |
| 05/05/2015 | Ï 81 | Opposed SEALED MOTION *for Leave to Amend/Supplement Infringement Contentions* by Brite Smart Corp.. (Attachments: # 1 Exhibit Katz Declaration, # 2 Exhibit A – Infringement Contention Chart – Version 2, # 3 Exhibit B – Ltr from Google – March 9, 2015, # 4 Exhibit C – Exemplary Google Production, # 5 Exhibit D – Production Ltr Dated Feb 16, 2015, # 6 Exhibit E – Ltr from Google – April 28, 2015, # 7 Exhibit F – Infringement Contention Chart – Version 3, # 8 Exhibit G – Production Ltr Dated March 24, 2015, # 9 Text of Proposed Order)(Katz, Robert) (Entered: 05/05/2015) |
| 05/05/2015 | Ï 82 | SEALED MOTION *for Leave to Supplement Invalidity Contentions* by Google Inc.. (Attachments: # 1 Affidavit Declaration of L. Yang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Appendix 1, # 13 Appendix 2, # 14 Appendix 3, # 15 Appendix 4, # 16 Appendix 5, # 17 Appendix 6, # 18 Appendix 7, # 19 Appendix 8, # 20 Appendix 9, # 21 Appendix 10, # 22 Appendix 11, # 23 Appendix 12, # 24 Appendix 13, # 25 Appendix 14, # 26 Appendix 15, # 27 Appendix 16, # 28 Appendix 17, # 29 Appendix 18, # 30 Appendix 19, # 31 Appendix 20, # 32 Appendix 21, # 33 Appendix 22, # 34 Appendix 23, # 35 Appendix 24, # 36 Appendix 25, # 37 Appendix 26, # 38 Appendix 27, # 39 Appendix 28, # 40 Text of Proposed Order [Proposed] Order)(Perlson, David) (Entered: 05/05/2015) |
| 05/07/2015 | Ï 83 | Opposed MOTION for Leave to File *Further Evidence In Support Of Google Inc.'s Motion To Transfer Venue To Northern District of California* by Google Inc.. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order [Proposed] Order)(Perlson, David) (Entered: 05/07/2015) |
| 05/07/2015 | Ï 84 | **WITHDRAWN PER ORDER 106**<br><br>Opposed MOTION to Expedite *Google's Motion For Leave To Supplement The Record With Further Evidence In Support of Google Inc.'s Motion To Transfer Venue To Northern District Of California* by Google Inc.. (Attachments: # 1 Text of Proposed Order [Proposed] Order)(Perlson, David) Modified on 5/28/2015 (nkl, ). (Entered: 05/07/2015) |
| 05/11/2015 | Ï 85 | RESPONSE in Opposition re 78 SEALED MOTION *to Compel Discovery filed by Brite Smart Corp..* (Attachments: # 1 Affidavit Declaration of Robert D. Katz, # 2 Exhibit A – Discovery Communications, # 3 Exhibit B – Google's Rule 30(b)(6) Deposition Notice to Brite Smart, # 4 Exhibit C – Collins v Nissan – Opinion, # 5 Text of Proposed Order)(Katz, Robert) (Entered: 05/11/2015) |
| 05/11/2015 | Ï 86 | RESPONSE in Opposition re 79 SEALED MOTION *to Dismiss filed by Brite Smart Corp..* (Attachments: # 1 Text of Proposed Order)(Katz, Robert) (Entered: 05/11/2015) |
| 05/19/2015 | Ï 87 | Sealed Document. (Attachments: # 1 Exhibit 1 – United States Patent No. 7,249,104, # 2 Exhibit 2 – United States Patent No. 7,953,667, # 3 Exhibit 3 – United States Patent No. 8,326,763, # 4 Exhibit 4 – United States Patent No. 8,671,057, # 5 Exhibit 5 – Google Design Document re Fighting Spam, # 6 Exhibit 6 – Google Annual Report Excerpts, # 7 Exhibit 7 – Client Definition from A Dictionary of Computing, # 8 Exhibit 8 – Client Definition from Dictionary of Computer Science, # 9 Exhibit 9 – Cookie Definition from Google's Key Terms, # 10 Exhibit 10 – Excerpts from Surdulescu Transcript, # 11 Exhibit 11 – Google Design Document re Cookie, # 12 Exhibit 12 – Julia Layton – Click Fraud Article, # 13 Exhibit 13 – Wendy Davis – Click Fraud Article, # 14 Exhibit 14 – Jessie Stricchhiola – Click Fraud Article, # 15 Exhibit 15 |

| | | |
|---|---|---|
| | | – Tuzhilin Report, # 16 Exhibit 16 – United States Patent No. 7,523,016 to Google, # 17 Exhibit 17 – File History Excerpt – Patent No. 8,671,057, # 18 Exhibit 18 – Cost–Per–Click Definition from Google's AdWords Help, # 19 Exhibit 19 – Link Definition from Federal Standard, # 20 Exhibit 20 – Search Engine Definition from Glossary of Netspeak, # 21 Exhibit 21 – Excerpts from Matthews Transcript, # 22 Exhibit 22 – Client–side Definition from Wikipedia, # 23 Exhibit 23 – Server–side Definition from Wikipedia, # 24 Exhibit 24 – Identify Definition from Encarta Dictionary, # 25 Exhibit 25 – Concatenate Definition from Encarta Dictionary, # 26 Exhibit 26 – Concatenate Definition from Computer Science Dictionary)(Katz, Robert) (Entered: 05/19/2015) |
| 05/19/2015 | Ï 88 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 87 Sealed Document,,,,,,. (Attachments: # 1 Exhibit 27 – Google Design Documents re Concatenate and Cookie, # 2 Exhibit 28 – Excerpts from Agrawal Transcript, # 3 Exhibit 29 – Google Exemplary Cookie Definition, # 4 Exhibit 30 – ZeroAccess Click–Fraud Article, # 5 Exhibit 31 – Pretermined Definition from Encarta Dictionary, # 6 Exhibit 32 – Website and Webpages Definition from Random House Dictionary, # 7 Exhibit 33 – Website and Webpates Definition from Microsoft Dictionary, # 8 Exhibit 34 – Excerpts from Turner Transcript)(Katz, Robert) (Entered: 05/19/2015) |
| 05/19/2015 | Ï 89 | NOTICE by Brite Smart Corp. *Notice of Technology Tutorial* (Katz, Robert) (Entered: 05/19/2015) |
| 05/20/2015 | Ï 90 | NOTICE by Google Inc. *of Compliance Regarding Technology Tutorial* (Jones, Michael) (Entered: 05/20/2015) |
| 05/20/2015 | Ï 91 | MOTION to Unseal Document 78 SEALED MOTION *to Compel Discovery* filed by Google Inc. by Google Inc.. (Attachments: # 1 Text of Proposed Order)(Clark, Michelle) (Entered: 05/20/2015) |
| 05/21/2015 | Ï 92 | Unopposed MOTION for Extension of Time to File Response/Reply as to 80 SEALED MOTION *to Compel the Production of Source Code, Documents, Interrogatory Responses and De–Designation of Protected Materials* by Google Inc.. (Attachments: # 1 Text of Proposed Order [Proposed] Order)(Perlson, David) (Entered: 05/21/2015) |
| 05/21/2015 | Ï 93 | REPLY to Response to Motion re 79 SEALED MOTION *to Dismiss filed by Google Inc.*. (Perlson, David) (Entered: 05/21/2015) |
| 05/21/2015 | Ï 94 | SEALED REPLY to Response to Motion re 78 SEALED MOTION *to Compel Discovery* filed by Google Inc.. (Attachments: # 1 Affidavit Declaration of Michelle Clark, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11)(Clark, Michelle) (Entered: 05/21/2015) |
| 05/22/2015 | Ï 95 | ORDER granting 92 Motion for Extension of Time to File Response/Reply re 80 SEALED MOTION *to Compel the Production of Source Code, Documents, Interrogatory Responses and De–Designation of Protected Materials* Responses due by 5/28/2015. Signed by Magistrate Judge Roy S. Payne on 5/22/2015. (ch, ) (Entered: 05/22/2015) |
| 05/22/2015 | Ï 96 | DOCKET CONTROL ORDER – Pretrial Conference set for 12/1/2015 09:00 AM before Magistrate Judge Roy S. Payne., Amended Pleadings due by 4/14/2015., Jury Selection set for 1/11/2016 09:00AM before Judge Rodney Gilstrap., Mediation Completion due by 7/28/2015., Markman Hearing set for 6/30/2015 09:00 AM before Magistrate Judge Roy S. Payne., Motions due by 11/9/2015., Proposed Pretrial Order due by 11/23/2015. Signed by Magistrate Judge Roy S. Payne on 5/22/2015. (ch, ) (Entered: 05/22/2015) |
| 05/22/2015 | Ï 97 | ORDER granting 76 Motion For Entry of Model Order. Signed by Magistrate Judge Roy S. Payne on 5/22/2015. (ch, ) (Entered: 05/22/2015) |

| | | |
|---|---|---|
| 05/22/2015 | Ï 98 | RESPONSE in Opposition re 82 SEALED MOTION *for Leave to Supplement Invalidity Contentions* filed by Brite Smart Corp.. (Attachments: # 1 Text of Proposed Order)(Katz, Robert) (Entered: 05/22/2015) |
| 05/26/2015 | Ï 99 | RESPONSE in Opposition re 83 Opposed MOTION for Leave to File *Further Evidence In Support Of Google Inc.'s Motion To Transfer Venue To Northern District of California* filed by Brite Smart Corp.. (Attachments: # 1 Exhibit A (emails to David Perlson), # 2 Text of Proposed Order)(Davis, Stafford) (Entered: 05/26/2015) |
| 05/26/2015 | Ï 100 | RESPONSE in Opposition re 84 Opposed MOTION to Expedite *Google's Motion For Leave To Supplement The Record With Further Evidence In Support of Google Inc.'s Motion To Transfer Venue To Northern District Of California* filed by Brite Smart Corp.. (Attachments: # 1 Text of Proposed Order)(Davis, Stafford) (Entered: 05/26/2015) |
| 05/26/2015 | Ï 101 | Unopposed MOTION for Extension of Time to File Response/Reply as to 81 Opposed SEALED MOTION *for Leave to Amend/Supplement Infringement Contentions* by Google Inc.. (Attachments: # 1 Text of Proposed Order)(Perlson, David) (Entered: 05/26/2015) |
| 05/27/2015 | Ï 102 | NOTICE by Google Inc. re 83 Opposed MOTION for Leave to File *Further Evidence In Support Of Google Inc.'s Motion To Transfer Venue To Northern District of California Notice of Waiver of Reply* (Perlson, David) (Entered: 05/27/2015) |
| 05/27/2015 | Ï 103 | ORDER granting 91 Motion to Unseal Document 78 SEALED MOTION *to Compel Discovery*. Signed by Magistrate Judge Roy S. Payne on 05/27/2015. (nkl, ) (Entered: 05/27/2015) |
| 05/27/2015 | Ï 104 | Unopposed MOTION to Withdraw 84 Opposed MOTION to Expedite *Google's Motion For Leave To Supplement The Record With Further Evidence In Support of Google Inc.'s Motion To Transfer Venue To Northern District Of California* by Google Inc.. (Attachments: # 1 Text of Proposed Order)(Perlson, David) (Entered: 05/27/2015) |
| 05/28/2015 | Ï 105 | ORDER granting 101 Motion for Extension of Time to File Response re 81 Opposed SEALED MOTION *for Leave to Amend/Supplement Infringement Contentions*. Responses due by 5/28/2015. Signed by Magistrate Judge Roy S. Payne on 05/28/2015. (nkl, ) (Entered: 05/28/2015) |
| 05/28/2015 | Ï 106 | ORDER withdrawing 84 Motion to Expedite; granting 104 Motion to Withdraw. Signed by Magistrate Judge Roy S. Payne on 05/28/2015. (nkl, ) (Entered: 05/28/2015) |
| 05/28/2015 | Ï 107 | SUR−REPLY to Reply to Response to Motion re 78 SEALED MOTION *to Compel Discovery* filed by Brite Smart Corp.. (Katz, Robert) (Entered: 05/28/2015) |
| 05/28/2015 | Ï 108 | SUR−REPLY to Reply to Response to Motion re 79 SEALED MOTION *to Dismiss* filed by Brite Smart Corp.. (Katz, Robert) (Entered: 05/28/2015) |
| 05/28/2015 | Ï 109 | SEALED RESPONSE to Motion re 80 SEALED MOTION *to Compel the Production of Source Code, Documents, Interrogatory Responses and De−Designation of Protected Materials* filed by Google Inc.. (Attachments: # 1 Affidavit Matthews Declaration, # 2 Affidavit Clark Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Text of Proposed Order)(Perlson, David) (Entered: 05/28/2015) |
| 05/28/2015 | Ï 110 | SEALED RESPONSE to Motion re 81 Opposed SEALED MOTION *for Leave to Amend/Supplement Infringement Contentions* filed by Google Inc.. (Attachments: # 1 Perlson Declaration, # 2 Duffy Declaration, # 3 Friesen Declaration, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit |

| | | |
|---|---|---|
| | | 9, #13 Exhibit 10, #14 Exhibit 11, #15 Exhibit 12, #16 Exhibit 13, #17 Exhibit 14, #18 Exhibit 15, #19 Exhibit 16, #20 Exhibit 17, #21 Exhibit 18, #22 Exhibit 19, #23 Exhibit 20, #24 Exhibit 21, #25 Exhibit 22, #26 Exhibit 23, #27 Exhibit 24, #28 Text of Proposed Order)(Perlson, David) (Entered: 05/28/2015) |
| 06/01/2015 | Ï 111 | USCA–FEDERAL CIRCUIT NOTICE OF DOCKETING: A petition for writ of mandamus has been filed. USCA–FEDERAL CIRCUIT Case No. 15–138. (dlc, ) (Entered: 06/02/2015) |
| 06/02/2015 | Ï 112 | USCA–FEDERAL CIRCUIT ORDER directing Brite Smart Corp to respond to the petition for writ of mandamus no later than seven days after the issuance of this order. Any reply by Google is due not later than three days from the date of service of that response.(dlc, ) (Entered: 06/02/2015) |
| 06/02/2015 | Ï 113 | Unopposed MOTION for Extension of Time to File Response/Reply as to 80 SEALED MOTION *to Compel the Production of Source Code, Documents, Interrogatory Responses and De–Designation of Protected Materials* by Brite Smart Corp.. (Attachments: #1 Text of Proposed Order)(Katz, Robert) (Entered: 06/02/2015) |
| 06/02/2015 | Ï 114 | Unopposed MOTION for Extension of Time to File Response/Reply as to 81 Opposed SEALED MOTION *for Leave to Amend/Supplement Infringement Contentions* by Brite Smart Corp.. (Attachments: #1 Text of Proposed Order)(Katz, Robert) (Entered: 06/02/2015) |
| 06/02/2015 | Ï 115 | SEALED RESPONSIVE CLAIM CONSTRUCTION BRIEF by Google Inc. to 87 Sealed Document (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9, #10 Exhibit 10, #11 Exhibit 11, #12 Exhibit 12, #13 Declaration of Antonio Sistos)(Sistos, Antonio) (Entered: 06/02/2015) |
| 06/03/2015 | Ï 116 | SEALED MOTION *to Compel Responses to Interrogatories and Production of Documents* by Google Inc.. (Attachments: #1 Clark Declaration, #2 Exhibit 1, #3 Exhibit 2, #4 Exhibit 3, #5 Exhibit 4, #6 Exhibit 5, #7 Exhibit 6, #8 Exhibit 7, #9 Exhibit 8, #10 Exhibit 9, #11 Exhibit 10, #12 Exhibit 11, #13 Exhibit 12, #14 Exhibit 13, #15 Exhibit 14, #16 Exhibit 15, #17 Exhibit 16, #18 Exhibit 17, #19 Exhibit 18, #20 Exhibit 19, #21 Exhibit 20, #22 Exhibit 21, #23 Text of Proposed Order)(Perlson, David) (Entered: 06/03/2015) |
| 06/04/2015 | Ï 117 | REPLY to Response to Motion re 82 SEALED MOTION *for Leave to Supplement Invalidity Contentions filed by Google Inc..* (Attachments: #1 Affidavit Yang Declaration, #2 Exhibit 1)(Perlson, David) (Entered: 06/04/2015) |
| 06/05/2015 | Ï 118 | ORDER granting 83 Motion for Leave to File. Signed by Magistrate Judge Roy S. Payne on 06/05/2015. (nkl, ) (Entered: 06/05/2015) |
| 06/09/2015 | Ï 119 | CLAIM CONSTRUCTION REPLY BRIEF filed by Brite Smart Corp.. (Katz, Robert) (Entered: 06/09/2015) |
| 06/11/2015 | Ï 120 | NOTICE by Brite Smart Corp. *of Opposition to Google's Petition for Writ of Mandamus* (Attachments: #1 Exhibit A)(Davis, Stafford) (Entered: 06/11/2015) |
| 06/11/2015 | Ï 121 | Opposed MOTION for Leave to File *Second Amended Complaint* by Brite Smart Corp.. (Attachments: #1 Affidavit Katz Declaration, #2 Exhibit 1 – Harrity Subpoena, #3 Exhibit 2 – Harrity LLP Subpoena, #4 Exhibit 3 – Resp &Obj to Harrity Subpoena, #5 Exhibit 4 – Resp &Obj to Harrity LLP Subpoena, #6 Text of Proposed Order)(Katz, Robert) (Entered: 06/11/2015) |
| 06/11/2015 | Ï 122 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 121 Opposed MOTION for Leave to File *Second Amended Complaint*. (Attachments: #1 Exhibit 5 – Harrity 730–737, #2 Exhibit 6 – Harrity 739–750, #3 Exhibit 7 – Google's production letter, #4 Exhibit 8 – Google's Suppl Rog Resp)(Katz, Robert) (Entered: 06/11/2015) |

| | | |
|---|---|---|
| 06/11/2015 | Ï 123 | AMENDED COMPLAINT *Second Amended Complaint* against Google Inc., filed by Brite Smart Corp.. (Attachments: # 1 Exhibit A – U.S. Patent No. 7,249,104, # 2 Exhibit B – U.S. Patent No. 7,953,667, # 3 Exhibit C – U.S. Patent No. 8,326,763, # 4 Exhibit D – U.S. Patent No. 8,671,057)(Katz, Robert) (Entered: 06/11/2015) |
| 06/11/2015 | Ï 124 | REPLY to Response to Motion re 80 SEALED MOTION *to Compel the Production of Source Code, Documents, Interrogatory Responses and De−Designation of Protected Materials filed by Brite Smart Corp..* (Katz, Robert) (Entered: 06/11/2015) |
| 06/15/2015 | Ï 125 | SUR−REPLY to Reply to Response to Motion re 82 SEALED MOTION *for Leave to Supplement Invalidity Contentions filed by Brite Smart Corp..* (Katz, Robert) (Entered: 06/15/2015) |
| 06/16/2015 | Ï 126 | Joint Claim Construction Chart by Brite Smart Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Katz, Robert) (Entered: 06/16/2015) |
| 06/18/2015 | Ï 127 | REPLY to Response to Motion re 81 Opposed SEALED MOTION *for Leave to Amend/Supplement Infringement Contentions filed by Brite Smart Corp..* (Katz, Robert) (Entered: 06/18/2015) |
| 06/19/2015 | Ï 128 | ORDER the Court hereby appoints Don Tiller as the Courts technical advisor in this case. Signed by Magistrate Judge Roy S. Payne on 6/19/2015. (ch, ) (Entered: 06/19/2015) |
| 06/22/2015 | Ï 129 | ORDER Setting Hearing on Motion 57 MOTION to Compel *Answers to Interrogatories*, 78 SEALED MOTION *to Compel Discovery*, 80 SEALED MOTION *to Compel the Production of Source Code, Documents, Interrogatory Responses and De−Designation of Protected Materials*, 82 SEALED MOTION *for Leave to Supplement Invalidity Contentions*, 116 SEALED MOTION *to Compel Responses to Interrogatories and Production of Documents*, 81 Opposed SEALED MOTION *for Leave to Amend/Supplement Infringement Contentions*, 121 Opposed MOTION for Leave to File *Second Amended Complaint* : Motion Hearing set for 7/7/2015 01:30 PM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne.. Signed by Magistrate Judge Roy S. Payne on 06/21/2015. (nkl, ) (Entered: 06/22/2015) |
| 06/22/2015 | Ï 130 | RESPONSE in Opposition re 116 SEALED MOTION *to Compel Responses to Interrogatories and Production of Documents filed by Brite Smart Corp..* (Katz, Robert) (Entered: 06/22/2015) |
| 06/22/2015 | Ï 131 | RESPONSE in Opposition re 83 Opposed MOTION for Leave to File *Further Evidence In Support Of Google Inc.'s Motion To Transfer Venue To Northern District of California filed by Brite Smart Corp..* (Attachments: # 1 Affidavit Davis Declaration, # 2 Exhibit A (Driving Directions and Travel Time from Boca Raton to San Francisco, # 3 Exhibit B (Driving Directions and Travel Time from Boca Raton to El Paso, # 4 Exhibit C (Driving Directions and Travel Time from Boca Raton to Tyler), # 5 Exhibit D (Southwest Map), # 6 Exhibit E (Zuili Deposition Excerpt))(Davis, Stafford) (Entered: 06/22/2015) |
| 06/22/2015 | Ï 132 | SEALED REPLY to Response to Motion re 80 SEALED MOTION *to Compel the Production of Source Code, Documents, Interrogatory Responses and De−Designation of Protected Materials* filed by Google Inc.. (Attachments: # 1 Affidavit Reply Declaration of Michelle Clark, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Clark, Michelle) (Entered: 06/22/2015) |
| 06/24/2015 | Ï | NOTICE of Hearing on Motion 57 MOTION to Compel *Answers to Interrogatories*, 78 SEALED MOTION *to Compel Discovery*, 80 SEALED MOTION *to Compel the Production of Source Code, Documents, Interrogatory Responses and De−Designation of Protected Materials*, 82 SEALED MOTION *for Leave to Supplement Invalidity Contentions*, 116 SEALED MOTION *to Compel Responses to Interrogatories and Production of Documents*, 81 Opposed SEALED MOTION *for Leave to Amend/Supplement Infringement Contentions*, 121 Opposed MOTION for Leave to File *Second Amended Complaint* : Motion Hearing RESET for 6/30/2015 01:30 PM |

| | | |
|---|---|---|
| | | before Magistrate Judge Roy S. Payne. (bga, ) (Entered: 06/24/2015) |
| 06/25/2015 | Ï 133 | Opposed MOTION for Hearing re 18 MOTION to Change Venue *to the Northern District of California Pursuant to 28 USC Sec. 1404(A) and Supporting Memorandum* by Google Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Perlson, David) (Entered: 06/25/2015) |
| 06/26/2015 | Ï 134 | SUR−REPLY to Reply to Response to Motion re 81 Opposed SEALED MOTION *for Leave to Amend/Supplement Infringement Contentions* filed by Google Inc.. (Perlson, David) (Entered: 06/26/2015) |
| 06/26/2015 | Ï 135 | NOTICE of Attorney Appearance by Lance Lin Yang on behalf of Google Inc. (Yang, Lance) (Entered: 06/26/2015) |
| 06/29/2015 | Ï 136 | RESPONSE to Motion re 121 Opposed MOTION for Leave to File *Second Amended Complaint and Notice of Non−Opposition* filed by Google Inc.. (Attachments: # 1 Affidavit Freeman Declaration, # 2 Exhibit 1)(Perlson, David) (Entered: 06/29/2015) |
| 06/29/2015 | Ï 137 | SEALED REPLY to Response to Motion re 116 SEALED MOTION *to Compel Responses to Interrogatories and Production of Documents* filed by Google Inc.. (Attachments: # 1 Affidavit Reply Decl. of Michelle Clark, # 2 Exhibit A, # 3 Exhibit B)(Clark, Michelle) (Entered: 06/29/2015) |
| 06/30/2015 | Ï 138 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Markman Hearing held on 6/30/2015. (Court Reporter Tonya Jackson.) (bga, ) (Entered: 06/30/2015) |
| 06/30/2015 | Ï 139 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Motion Hearing held on 6/30/2015 re 57 MOTION to Compel *Answers to Interrogatories* filed by Brite Smart Corp., 82 SEALED MOTION *for Leave to Supplement Invalidity Contentions* filed by Google Inc., 116 SEALED MOTION *to Compel Responses to Interrogatories and Production of Documents* filed by Google Inc., 78 SEALED MOTION *to Compel Discovery* filed by Google Inc., 81 Opposed SEALED MOTION *for Leave to Amend/Supplement Infringement Contentions* filed by Brite Smart Corp., 80 SEALED MOTION *to Compel the Production of Source Code, Documents, Interrogatory Responses and De−Designation of Protected Materials* filed by Brite Smart Corp.. (Court Reporter Tonya Jackson.) (bga, ) (Entered: 06/30/2015) |
| 07/01/2015 | Ï 140 | ORDER granting in part and denying in part 57 Motion to Compel; granting in part and denying in part 80 Sealed Motion; granting 81 Sealed Motion; granting 82 Sealed Motion; granting in part and denying in part 116 Sealed Motion; granting 121 Motion for Leave to File. Signed by Magistrate Judge Roy S. Payne on 07/01/2015. (nkl, ) (Entered: 07/01/2015) |
| 07/02/2015 | Ï 141 | REPORT of Mediation by David Folsom. Mediation result: suspended(Folsom, David) (Entered: 07/02/2015) |
| 07/02/2015 | Ï 142 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Claim Construction Hearing held on 6−30−2015 before Judge Roy S. Payne. Court Reporter: Tonya Jackson, Telephone number: 409.654.2833.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 7/27/2015. Redacted Transcript |

| | | |
|---|---|---|
| | | Deadline set for 8/6/2015. Release of Transcript Restriction set for 10/5/2015. (tj, ) (Entered: 07/02/2015) |
| 07/02/2015 | 143 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing held on 6–30–2015 before Judge Roy S. Payne. Court Reporter: Tonya Jackson, Telephone number: 409.654.2833.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 7/27/2015. Redacted Transcript Deadline set for 8/6/2015. Release of Transcript Restriction set for 10/5/2015. (tj, ) (Entered: 07/02/2015) |
| 07/06/2015 | 144 | Joint MOTION for Discovery *Regarding Brite Smart's Request for Production No. 166* by Brite Smart Corp.. (Attachments: # 1 Text of Proposed Order)(Katz, Robert) (Entered: 07/06/2015) |
| 07/13/2015 | 145 | ORDER granting 144 Motion Regarding Brite Smarts Request for Production. Signed by Magistrate Judge Roy S. Payne on 07/12/2015. (nkl, ) (Entered: 07/13/2015) |
| 07/13/2015 | 146 | NOTICE of Intent to Request Redaction by Michelle Ann Clark re 143 Transcript,,,. (Clark, Michelle) (Entered: 07/13/2015) |
| 07/14/2015 | 147 | Unopposed MOTION to Amend/Correct 97 Order on Motion for Miscellaneous Relief by Google Inc.. (Attachments: # 1 Exhibit A)(Perlson, David) (Entered: 07/14/2015) |
| 07/14/2015 | 148 | Joint MOTION to Amend/Correct 96 Order, Terminate Motions, Scheduling Order,,, *Docket Control Order* by Google Inc.. (Attachments: # 1 Exhibit A)(Perlson, David) (Entered: 07/14/2015) |
| 07/15/2015 | 149 | AMENDED ANSWER to *Second Amended Complaint* 123 Amended Complaint, by Google Inc.. (Perlson, David) (Entered: 07/15/2015) |
| 07/16/2015 | 150 | ORDER granting 147 Motion to Amend Discovery Order. Signed by Magistrate Judge Roy S. Payne on 0716/2015. (nkl, ) (Entered: 07/16/2015) |
| 07/16/2015 | 151 | ORDER – All deadlines in this case are hereby stayed pending the resolution of Googles Motion to Transfer Venue to the Northern District of California. Signed by Magistrate Judge Roy S. Payne on 07/16/2015. (nkl, ) (Entered: 07/16/2015) |
| 07/16/2015 | 152 | USCA–FEDERAL CIRCUIT ORDER granting Petition for Writ of Mandamus to the extent that the lower court must issue a decision on Google's transfer motion within 30 days of the date of this order and stay all other proceedings pending final resolution of the transfer motion re 18 MOTION to Change Venue *to the Northern District of California Pursuant to 28 USC Sec. 1404(A) and Supporting Memorandum* filed by Google Inc. Circuit Judges: Newman, Linn, and O'Malley. (dlc, ) (Entered: 07/17/2015) |
| 07/21/2015 | 153 | ORDER to Pay Technical Advisor. Signed by Magistrate Judge Roy S. Payne on 07/21/2015. (nkl, ) (Entered: 07/21/2015) |
| 08/03/2015 | 154 | MEMORANDUM ORDER. Signed by Magistrate Judge Roy S. Payne on 08/03/2015. (nkl, ) (Entered: 08/03/2015) |
| 08/06/2015 | 155 | |

| | | |
|---|---|---|
| | | Joint MOTION to Stay *Pending Transfer to the Northern District of California* by Google Inc.. (Attachments: # 1 Text of Proposed Order)(Perlson, David) (Entered: 08/06/2015) |
| 08/10/2015 | Ï 156 | ORDER granting in part and denying in part 155 Motion to Stay pending Transfer to the Northern District of California. This stay does not apply to the Court's order to Pay Technical advisor. Signed by Magistrate Judge Roy S. Payne on 8/10/2015. (ch, ) (Entered: 08/10/2015) |
| 08/11/2015 | Ï 157 | Unopposed MOTION to Withdraw as Attorney *for Plaintiff And Request for Termination of Electronic Notices* by Brite Smart Corp.. (Attachments: # 1 Text of Proposed Order)(Davis, Stafford) (Entered: 08/11/2015) |