UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

_____

www.cand.uscourts.gov

Susan Y. Soong                                             General Court Number
Clerk of Court                                                   408-535-5363

September 2, 2015

CASE TITLE: Brite Smart Corp. v. Google Inc.

CASE NUMBER:  5:15-cv-03962-BLF

RECEIVED FROM:  Eastern District of Texas

TO COUNSEL OF RECORD:

      The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

                                                  Sincerely,

                                                  Susan Y. Soong, Clerk

                                                  *Sandy Morris*
                                                  _____

                                                  by:  Sandy Morris
                                                  Case Systems Administrator
                                                  (408) 535-5382