# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BRITE SMART CORP.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 15-cv-03962-BLF<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF AND REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**<br><br>[Re: ECF 157] |

On August 3, 2015, the above captioned case was ordered transferred from the Eastern District of Texas to this Court. ECF 154. On August 11, 2015, Plaintiff filed an unopposed motion to withdraw as attorney and a request for termination of electronic notices. ECF 157. In the motion, Plaintiff requests that Stafford Davis, its local counsel for the Eastern District of Texas, be permitted to withdraw from the case. *Id*. at 1. Plaintiff continues to be represented by Robert D. Katz of the law firm KATZ PLLC. *Id*.

Accordingly, the Court GRANTS Plaintiff's motion and ORDERS that Stafford Davis is no longer counsel of record for Plaintiff and that he no longer receive electronic notices associated with the above captioned case.

Dated: September 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge