# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

BRITE SMART CORP.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

Case No. 15-cv-03962-BLF

**ORDER TERMINATING PENDING MOTIONS WITHOUT PREJUDICE**

[Re: ECF 78, 79, 148]

On September 2, 2015, the above captioned case was transferred to this Court from the Eastern District of Texas. The following motions are pending:

| Motion | Docket Number |
| --- | --- |
| Defendant's motion to compel discovery | ECF 78 |
| Defendant's motion to dismiss | ECF 79 |
| Joint motion to amend/correct docket control order | ECF 148 |

The Court TERMINATES the above pending motions without prejudice to either party refiling any of the motions.

**IT IS SO ORDERED.**

Dated: September 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge