Robert Katz
   *rkatz@katzlawpllc.com*
KATZ PLLC
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
Tel:    214-865-8000
Fax:   888-231-5775

Attorney for Plaintiff,
Brite Smart Corp.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BRITE SMART CORP.,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE, INC,<br><br>        Defendant. | Case No. 5:15-cv-03962-BLF<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF BRITE SMART CORP.**<br><br>Date:   April 7, 2016<br>Time:  9:00 a.m.<br>Dept:  3, 5th Floor<br>Before:  Honorable Beth L. Freeman |

### NOTICE OF MOTION

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on April 7, 2016 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Beth L. Freeman, at the above-captioned court, located at the Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, Robert Katz and the law firm of Katz PLLC, Counsel for Plaintiff Brite Smart Corp. ("Brite Smart"), will and hereby do move the Court for Leave to Withdraw, seeking, pursuant to Civil Local Rule 11-5, an order relieving it as counsel for Brite Smart.

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Comes Now, Robert Katz and the law firm of Katz PLLC, Counsel for Plaintiff Brite Smart Corp. ("Brite Smart"), and files this Motion for Leave to Withdraw, seeking, pursuant to Civil Local Rule 11-5, for an order relieving it as counsel for Brite Smart. As grounds for this request, Counsel states the following:

1

2    Counsel is no longer able to effectively communicate with Brite Smart and is no longer able to
3    agree on a legal strategy.  This has rendered it unreasonably difficult for Counsel to represent Brite
4    Smart.  Further, Brite Smart has attempted to repudiate aspects of its engagement agreement with
5    Counsel and has insisted upon pursuing an objective with which Counsel has fundamental
6    disagreement.  This has led to a complete breakdown in the attorney-client relationship and Counsel
7    is no longer able to effectively represent Brite Smart.  Counsel believes it is also unable to proceed
8    with further representation of Brite Smart, as doing so may cause Counsel to violate one or more
9    provisions of the Texas Disciplinary Rules of Professional Conduct and the California Rules of
10   Professional Conduct.

11   No attorney is to be substituted for Movant and this time.  Counsel has provided Brite Smart
12   with notice, both via teleconference and written email communication, of its intent to withdraw, as
13   required by Local Rule 11-5(a).  Counsel has advised Brite Smart of the need to find substitute
14   counsel, and has provided Brite Smart reasonable time to employ other counsel.  Counsel has
15   attempted to assist Brite Smart in engaging other counsel.  Brite Smart has yet to retain a succeeding
16   attorney at this time.  Counsel has advised Brite Smart of the future conferences and hearings on
17   administrative motions in the case.  Brite Smart does not oppose Counsel's withdraw.

18   The California Rules of Professional Conduct are structured to prevent prejudice to clients
19   through withdrawal of counsel. An attorney may not terminate employment unless he or she "has
20   taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client, including
21   giving due notice to the client, allowing time for employment of other counsel, ... and complying with
22   applicable laws and rules."  (Rules of Prof. Conduct, rule 3-700(A)(2).  Counsel's request to
23   withdraw does not violate any of the foregoing principles.  Counsel is not leaving Brite Smart
24   unrepresented at a critical point in the litigation.  There is ample time for Brite Smart to engage new
25   counsel if they so choose.

26   Counsel does not desire to harm Brite Smart nor does Counsel desire to prejudice the interests
27   of Brite Smart by withdrawing.  Should the Court require, Counsel is prepared to provide the Court
28   with further details and/or materials for *in camera* inspection and review by the Court if the Court

1  believes that such additional evidence is required for its consideration of this Motion.

2  On August 3, the Eastern District of Texas Court issued an order transferring the case to this
3  District. (Dkt. 154.)  Following this order, the Court granted the parties' joint motion for a stay of all
4  deadlines pending transfer and the setting of a new case schedule by this Court. (Dkt. 155, 156.)  All
5  pending discovery and pleading matters are thus currently stayed.  There has not been a scheduling
6  order issued.  Further, Counsel has received consent from Defendant to file an unopposed motion to
7  continue the Initial Case Management Conference for 75 days.  For these reasons, withdrawal would
8  not compromise Brite Smart's interests.

9  Counsel has conferred with Google regarding this motion and Google opposes this motion on
10 the terms Counsel has proposed.  Google contends that Brite Smart should have 60 days instead of 90
11 days to retain new counsel and also contends an order on this motion require that if Brite Smart is not
12 able to engage new counsel in the allowed time frame, the case should be dismissed with prejudice.

13 This Motion is made in good faith and is not intended to prejudice the rights of the parties to
14 this action.

15 WHEREFORE, Counsel requests that the Court grant MOTION TO WITHDRAW AS
16 COUNSEL FOR PLAINTIFF BRITE SMART CORP., on such terms as the Court deems fair and
17 equitable under the circumstances.

DATED:  December 4, 2015                **KATZ PLLC**

By:   /s/ *Robert Katz*
      Robert Katz

      Attorney for Plaintiff Brite Smart Corp.

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the above date, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

A copy of this motion will also be served upon Brite Smart Corp. at:

Brite Smart Corp.
110 N. College Ave, Suite 1504
Tyler, TX 75702

Patrick Zuili, CEO, Brite Smart Corp.
20077 Palm Island Drive
Boca Raton, FL 33498

DATE:  December 4, 2015                    By:   /s/ *Robert Katz*