United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BRITE SMART CORP.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

Case No. 5:15-cv-03962-BLF

**CASE MANAGEMENT ORDER**

On 12/10/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Claims Construction Tutorial | 08/05/2016 at 9:00 am |
| Claims Construction Hearing | 08/12/2016 at 9:00 am |
| Last Day to Hear Dispositive Motions | 05/11/2017 at 9:00 am |
| Final Pretrial Conference | 07/20/2017 at 1:30 pm |
| Trial | 08/14/2017 at 9:00 am |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Motion to Withdraw as Attorney (Dkt #183) is advanced to 01/07/2016 at 9:00 am

IT IS FURTHER ORDERED THAT Counsel may appear at the motion hearing set on 01/07/2016 at 9:00 am by Courtcall without further order of the Court.

Dated:  12/10/2015

_____
BETH LABSON FREEMAN
United States District Judge