# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BRITE SMART CORP., <br>     Plaintiff, <br> v. <br> GOOGLE INC., <br>     Defendant. | Case No. 15-cv-03962-BLF <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF BRITE SMART CORP.** <br><br> [Re: ECF 183] |

Before the Court is Plaintiff's counsel, Robert Katz's motion to withdraw as counsel. The parties appeared for a hearing on January 7, 2016 and this Order memorializes the Court's oral ruling at the hearing.

As a result of a breakdown in the attorney-client relationship and the inability of Mr. Katz to effectively represent Plaintiff, *see* ECF 183 at 2, the Court GRANTS Mr. Katz's motion to withdraw as counsel. The Court STAYS the case until **February 8, 2016** to allow Plaintiff reasonable time to find new counsel. The Court reminds the parties that all counsel must comply with the Civil Local Rules, including the requirement that "an attorney must be a member of the bar of this Court" or "apply to appear *pro hac vice*" to practice in this Court. Civil L.R. 11-1.

The Court SETS a further case management conference for February 25, 2016 at 11:00 a.m. The parties shall file a case management statement by February 18, 2016 updating the Court on the status of the case and if no counsel has been found, the efforts made to obtain new counsel. Although corporations may not appear in court *pro se*, *see Bigelow v. Brady*, 179 F.3d 1164, 1165

(9th Cir. 1999), if Plaintiff has not found counsel by February 8, 2016, the Court will allow Plaintiff to submit a letter to the Court on the efforts it has made to find new counsel. The Court advises Plaintiff that a failure to find new counsel, or comply with Court orders may result in this case being dismissed.

The Court instructs the clerk to serve this order by mail on Plaintiff at the following addresses:

>Brite Smart Corp.
>110 N. College Ave, Suite 1504
>Tyler, TX 75702
>
>Patrick Zuili, CEO, Brite Smart Corp.
>20077 Palm Island Drive
>Boca Raton, FL 33498

**IT IS SO ORDERED.**

Dated: January 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge

2