# EXHIBIT 1

Case CBM2016-00008  
Patent 8,671,057  
Patent Owner Revised Mandatory Notice

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

GOOGLE INC.  
Petitioner,  
v.

BRITE SMART CORP.  
Patent Owner

_____

Case CBM2016-00008  
Patent 8,671,057

_____

**PATENT OWNER'S REVISED MANDATORY NOTICES UNDER 37 C.F.R. § 42.8(a)(3)**

Pursuant to 37 C.F.R. § 42.8(a)(3), Patent Owner submit herewith and via the Patent Review Processing System (PRPS) revised mandatory notices to reflect a change in the information set forth under 37 C.F.R. § 42.8(b)(1), as summarized below.

## REAL PARTY-IN-INTERST (REVISED)

Pursuant to the requirements of 37 C.F.R. § 42.8(b)(1), the undersigned state that Patrick Zuili is the real party-in-interest.  Patrick Zuili owns by assignment the entire right, title, and interest in U.S. Patent No. 8,671,057 (the "'057 patent") by virtue of Assignment.

The Assignment of the predecessor United States Patent Application No. 10/360,688 from the inventor to "Britesmart Corporation" was recorded with the United States Patent and Trademark Office on February 21, 2003, at Reel 013786, Frame 0192.  The stated assignee was Brite Smart Corporation.  This assignment, together with the fact that there was no "Brite Smart Corporation" known by the assignee to exist, and the facial similarity in the entity names, provides evidence sufficient to conclude that the inventor intended to assign the application to Brite Smart Corp.  United States Patent Application No. 10/360,688 was the application leading to United States Patent No. 7,249,104.

On September 14, 2006, United States Patent Application No. 10/360,688 was assigned by Brite Smart Corp. to Brite Smart LLC.  The assignment also applied to continuations, continuations-in-part, divisionals, reissues, and reexaminations.  The original assignment (at Reel 023449, Frame 0959) was subsumed by the corrective assignment (at Reel 025414, Frame 0289).  The corrective assignment was executed *nunc pro tunc* on August 17, 2009.  The stated assignee was Britesmart LLC.  This assignment, together with the fact that there was no indication that an entity named "Britesmart LLC" was in existence, and the facial similarity in the entity names, provides evidence sufficient to conclude that the intended assignee was Brite Smart LLC.

Case CBM2016-00008
Patent 8,671,057
Patent Owner Revised Mandatory Notice

On August 18, 2009, United States Patent No. 7,249,104 and United States Patent Application No. 11/781,716 were assigned by Brite Smart LLC to Brite Smart Corp. The assignment also applied to continuations, continuations-in-part, divisionals, reissues, and reexaminations. The original assignment (at Reel 023449, Frame 0975) was subsumed by the corrective assignment (at Reel 025414, Frame 0344). The corrective assignment was executed on August 18, 2009. The stated assignee was Britesmart Corp. This assignment, together with the fact that there was no indication that an entity named "Britesmart Corp." was in existence, and the facial similarity in the entity names, provides evidence sufficient to conclude that the intended assignee was Brite Smart Corp.

On January 12, 2016, United States Patent No. 8,671,057 was assigned by Brite Smart Corp. to Patrick Zuili.

The real party-in-interest is Patrick Zuili. Mr. Zuili's address information is: 20077 Palm Island Drive, Boca Raton, Florida 33498. Mr. Zuili's email address is patrick@viewphone.com.

## RELATED MATTERS

Pursuant to 37 C.F.R. §42.8(b)(2), the undersigned states that the '057 patent is the subject of a currently-pending litigation in the United States District Court for the Northern District of California, in *Brite Smart Corp. v. Google Inc.*, 5:15-cv-03962-BLF.

## COUNSEL AND SERVICE INFORMATION

| | |
|---|---|
| Lead Counsel: | Robert Katz (Reg. No. 60,704) |
| Contact Information: | Katz PLLC |
| | 6060 N. Central Expressway, Suite 560 |
| | Dallas, TX 75206 |

| | |
|---|---|
| | Email: rkatz@katzlawpllc.com |
| | Telephone: 214-865-8000 |
| | Facsimile: 888-231-5775 |
| Back-Up Counsel: | Steven H. Washam (Reg. No. 58,266) |
| Contact Information: | Washam PLLC |
| | 211 North Ervay, 17th Floor |
| | Dallas, TX 75201 |
| | Email: steven.washam@washam.com |
| | Telephone: 214-234-9954 |
| | Facsimile: 214-306-4246 |
| Date: January 28, 2016 | Respectfully submitted, |
| | By: /Robert Katz (Reg. No. 60,704)/ |

    Robert Katz
    Reg. No. 60,704
    Katz PLLC
    6060 N. Central Expressway, Suite 560
    Dallas, TX 75206
    rkatz@katzlawpllc.com
    Telephone: 214-865-8000
    Facsimile: 888-231-5775

    Steven H. Washam
    Reg. No. 58,266
    Washam PLLC
    211 North Ervay, 17th Floor
    Dallas, TX 75201
    steven.washam@washam.com
    Telephone: 214-234-9954
    Facsimile: 214-306-4246

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

GOOGLE INC.
Petitioner,
v.

BRITE SMART CORP.
Patent Owner

_____

Case CBM2016-00008
Patent 8,671,057

_____

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

Pursuant to the requirements of 37 C.F.R. § 42.6(e), the undersigned hereby certify that PATENT OWNER'S REVISED MANDATORY NOTICES was served on January 28, 2016 by filing this document through the Patent Review Processing System as well as e-mailing a copy to ssiddiqui@mayerbrown.com and brosenthal@mayerbrown.com.

Date:  January 28, 2016        Respectfully submitted,

By:  /Robert Katz (Reg. No. 60,704)/
    Robert Katz
    Reg. No. 60,704
    Katz PLLC
    6060 N. Central Expressway, Suite 560
    Dallas, TX 75206
    rkatz@katzlawpllc.com
    Telephone:  214-865-8000
    Facsimile:  888-231-5775

    Steven H. Washam
    Washam PLLC
    Reg. No. 58,266
    211 North Ervay, 17th Floor
    Dallas, TX 75201
    steven.washam@washam.com
    Telephone:  214-234-9954
    Facsimile:  214-306-4246