# EXHIBIT &



# Assignment Details

# **37600-622**: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Date Recorded
Jan 27, 2016

Reel/Frame
37600-622

Pages
4

## Assignor

**BRITE SMART CORP.** Jan 27, 2016

## Assignee

**ZUILI, PATRICK**
20077 PALM ISLAND DRIVE
BOCA RATON, FLORIDA UNITED STATES OF AMERICA 33498

## Correspondent

**SINORICA, LLC**
19785 CRYSTAL ROCK DRIVE
SUITE 207
GERMANTOWN, MD 20874

## Properties (1 total)

| Title | Application | Publication | Patent | International Registration Number | PCT |
|---|---|---|---|---|---|
| **METHOD AND SYSTEM TO DETECT INVALID AND FRAUDULENT IMPRESSIONS AND CLICKS IN WEB-BASED ADVERTISEMENT SYSTEMS** <br> Inventors: Patrick Zuili | **11781716** <br> Jul 23, 2007 | | **7953667** <br> May 31, 2011 | | |