# EXHIBIT '



# Assignment Details

# **37600-590**: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Date Recorded | Reel/Frame | Pages |
|---|---|---|
| Jan 27, 2016 | 37600-590 | 4 |

## Assignor

**BRITE SMART CORP.** Jan 27, 2016

## Assignee

**ZUILI, PATRICK**
20077 PALM ISLAND DRIVE
BOCA RATON, FLORIDA UNITED STATES OF AMERICA 33498

## Correspondent

**SINORICA, LLC**
19785 CRYSTAL ROCK DRIVE
SUITE 207
GERMANTOWN, MD 20874

## Properties (1 total)

| Title | Application | Publication | Patent | International Registration Number | PCT |
|---|---|---|---|---|---|
| **METHOD AND SYSTEM TO DETECT INVALID AND FRAUDULENT IMPRESSIONS AND CLICKS IN WEB-BASED ADVERTISEMENT SYSTEMS**<br>Inventors: Patrick Zuili | **13117929**<br>May 27, 2011 | **20110231249**<br>Sep 22, 2011 | **8326763**<br>Dec 4, 2012 | | |